353 A.2d 38

**COMMONWEALTH of Pennsylvania**

v.

**Lena Roberta BROWN, Appellant.**

Supreme Court of Pennsylvania.
Submitted Sept. 22, 1975.
Decided March 17, 1976.

John J. Dean, Lester G. Nauhaus, Pittsburgh, for appellant.

John J. Hickton, Dist. Atty., Robert L. Eberhardt, Robert L. Campbell, Charles W. Johns, Asst. Dist. Attys., Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.